# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-30947

United States Court of Appeals
Fifth Circuit

**FILED**

June 13, 2016

Lyle W. Cayce
Clerk

JOFFREY CLEVELAND; WADE T. VISCONTE, doing business as All American Law Firm LA, L.L.C.,

       Plaintiffs - Appellants

v.

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND,

       Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:14-CV-3350

Before SMITH, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:*

The Court's having reviewed the briefs, heard oral argument, and considered pertinent parts of the record, the judgment is AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.